UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

JESSICA LANGSTON,

    Plaintiff,

vs.

COGGINS RENTAL, LLC and DENNIS COGGINS,

    Defendant.

Case No. 3:24-cv-00006-BRW

## INTERROGATORIES

    **Asking Party**    Jessica Langston
    **Answering Party**    Coggins Rental, LLC
    **Set**    1

Comes the Defendants each in their Individual and Official Capacities and for thier response to Interrogatories state:

**Interrogatory 1.** Please identify by name, current or last known mailing address, phone number, and email address each owner of 407 Edgar in Hoxie, Arkansas during Plaintiff's tenancy there

**Response to Interrogatory 1**: Coggins Rental, LLC is the owner of 407 Edgar. The phone number is (870) 210-0549. The address is 101 Rosegarden Estate, Hoxie, Ar 72433.

**Interrogatory 2.** Please identify by address, all current owners, and number of rental units, each rental property owned, in whole or in part, or managed, in any way, by you since January 1, 2000.

**Response to Interrogatory 2**: See attached list of properties.

**Interrogatory 3.** Please identify by name, current or last known mailing address, phone number, email address, and job title, each employee or agent who has had any role in the

management, maintenance, or operation of 407 Edgar in Hoxie, Arkansas in the last five years. This includes those involved in advertising, leasing, tenant interaction, maintenance, evictions, and so on.

**Response to Interrogatory 3:** The property is managed by Dennis Coggins and his son Randy Coggins. Together they own Coggins Rental, LLC. The only other person that does maintenance on that unit is Shawn Humes. He does the repair to the HVAC system if needed. His phone number is (501) 454-1431.

**Interrogatory 4.** Please identify by name, current or last known mailing address, phone number, and email address, each female tenant who resides or has resided at the properties identified in interrogatory no 2. This interrogatory only seeks female residents who resided at the property while you owned or managed it. You may comply with this request by producing tenant files or similar documents under Rule 33(d) of the Federal Rules of Civil Procedure.

**Response to Interrogatory 4:** Defendant keeps very few records regarding tenants. Defendant has no records of past tenants. Further, defendant's home was destroyed by fire in March 2021, and to the extent he had any records of prior tenants existed, those would have been destroyed in the fire. However, I have attached a list of tenants that have been provided by HUD.

**Interrogatory 5.** Please identify by name, address, phone number, ownership percentage (including changes over time), each member/owner of the Coggins Rental, LLC who has owned any portion of the LLC since January 1, 2010.

**Response to Interrogatory 5:** As of 2004, Dennis Coggins was the sole owner of the LLC. On June 21, 2007 ownership was changed to 51 % to Dennis Coggins and 49% to Randy Coggins, his son. Ownership remains the same today.

**Interrogatory 6.** Please state your net worth.

**Response to Interrogatory 6:** The net worth of the LLC is approximately $325,000.00.

**Interrogatory 7.** If you contend that any of the sexual harassment alleged by Plaintiff in the complaint did not happen at all, please identify by name, last known mailing address, phone number, date of birth, email address all witnesses whose testimony you expect to support that contention

**Response to Interrogatory 7:** Defendant asserts there was no sexual harassment and that the allegations are being pursed in an attempt to extort money from defendant and to damage his reputation. It is hard to prove a negative. However, Defendant is aware of a number of people that are familiar with plaintiff and are aware of her history for doing things of this nature. Many have heard her make statements that show she is untruthful. This is not a comprehensive list, but the ones Defendant is aware of at this time (I do not have, and will not list, d/o/b and addresses):

Debbie Hart, HUD office, (870) 679-1620, (870) 886-7816, Walnut Ridge, Ar

Paul Stires, (870) 810-2308 Hoxie, Ar

Frankie Jackson, no phone #, Black Rock, Ar

Paul Ragsdale, no phone #, Black Rock, Ar

Jeremy Epps (870) 809-4000, Hoxie, Ar

Shannon Fisher, no phone #, Hoxie, Ar

Hodge, Walnut Ridge, Ar

Tim Carey (870) 335-6599, Paragould, Ar

Ms. Brown (870) 627-2225, 407 B, Hoxie, Ar

Colin Rodgers, 409, Hoxie, Ar

Emily Riddel, (870)560-9638

**Interrogatory 8.** If you contend that any of the sexual harassment alleged by Plaintiff in the complaint was, in fact, not harassment because the Plaintiff welcomed or consented to it, please identify by name, last known mailing address, phone number, date of birth, email address all witnesses whose testimony you expect to support that contention.

**Response to Interrogatory 8**: Same response as 8.

By: _____
Randel Miller
AR Bar No.: 83127
Attorney for Defendant
Miller Law Firm
1009 S Main St
Jonesboro, Ar 72401
Phone: 870-972-9940
Email: rmiller@randelmillerlaw.com

## CERTIFICATE OF SERVICE

The undersigned served this document on all ECF-registered counsel of record by filing it with the Court's CM/ECF system on March 28, 2024.

_____
Randel Miller
AR Bar No.: 83127

VIA EMAIL:
slade@wh.law
David Slade

tom@civilrightsgroup.com
Thomas Kayes

4

## VERIFICATION

I, state the information contained in this Response to Interrogatories are true and correct to the best of my knowledge, information and belief.

_____
Coggins Rental, LLC

STATE OF ARKANSAS
COUNTY OF CRAIGHEAD

Subscribed and sworn to before me this 27th day of March, 2024.

_____
Notary Public

My Commission Expires: 4/30/24

OFFICIAL SEAL - #12398802
TAMMY PERKINS
NOTARY PUBLIC-ARKANSAS
CRAIGHEAD COUNTY
MY COMMISSION EXPIRES: 04-30-24

| Owned by | Address | Structure description | Tax value 2023 | Tax Value 2024 | Encumbered or Sold on Contract? |
|---|---|---|---|---|---|
| Lisa Coggins* | 204 Texas* | Empty lot- commercial zoning | 20,000 | 20,000 | no |
|  | 710 SW Hawthorne* | Under construction- not able to occupy or rent | 47,650 | 63,640 | yes |
|  | Gibson/Boas B10, L 1-3* | Empty lot | 6,600 | 6,600 | no |
|  | Gibson/Boas 1st, B 74* | Empty lot | 4,000 | 4,000 | no |
|  | Raney's 2nd, Bl 3, Lot 9-10* | Empty lot | 4,500 | 4,500 | no |
|  | 706 Horseshoe Dr* | 829 sf single family residence | 33,250 | 42,960 | no |
|  | 206 Burke* | 2291 sf single family home | 39,400 | 56,260 | No |
|  |  |  | **$197,960.00** |  |  |
| Dennis Coggins and Lisa Coggins | Homes sold on contract to third parties who continue to pay on the balance owed: |  |  |  |  |
|  | 210 SF Gibson | Sold on contract, single family residence | 40,300 | 57,760 | Yes- being purchased by Rodger Ward |
|  | 305 Hayes | Sold on contract Single family residence | 30,950 | 44,565 | Yes- purchased by Steve Villados |
| Dennis Coggins | Boas 3rd, Block 11, Lots 4-10 | Empty Lot | 800.00 | 800.00 | No |
|  | FRL 11, S. Hwy 63, Bl. 11 | Empty Lot | 6,600 | 6,600 | no |
|  | Boas/Gibson 1st, B44, Lot 01 | Empty Lot | 3,300 | 3,300 | No |
|  |  |  |  | **$10,700** |  |
| Coggins Rentals, LLC | Horseshoe Drive | Shop bldg. | 11,200 | 17,085 | Collateral for debt |
|  | Horseshoe Drive/Hoxie Estates |  | 36,350 | 42,235 | Collateral for debt |
|  | 405 NW Edgar | 2 story | 11,000 | 41,055 | No |
|  | 407 NW Edgar | Apartments | 214,350 | 321,125 | No |

SUMMARY:

| | | | | |
|---|---|---|---|---|
| 208 NE 2nd | 2- duplexes | 155,050 | 188,560 | Collateral for debt |
| 607 Horseshoe | Paved area | 12,100 | 9,420 | No |
| 116 E. Main (Halfsies) | Commercial office | 10,650 | 55,570 | 2018 loan for 38k |
| 109 Rosegarden | Rental units, primary residence of Dennis and Lisa Coggins | 218,200 | 283,850 | Collateral for debt |
| 105 Front Street | Former Police Department building | | --0-- | Sold in 2023 to Ward- Deed transferred |
| 505 SE Lindsey | Office building | | 67,500 | ½ undivided interest. On deed. Contract for sale to HLF |
| | | | $1,026,400 | |
| | | | -375,000.00 | |
| | LESS OPEN LOANS | | $651,400 | 51% = 325,700.00 |

| | |
|---|---|
| Lisa Coggins* | $197,960 |
| Dennis Coggins | $ 10,700 |
| Coggins Rentals, LLC+ | $325,700 |
| Est. Net Worth (RE) | $534,360 |

\* = Recent Prior ownership by Lisa and Dennis Coggins, a married couple. Dennis Coggins quitclaimed his interest in the homes to his wife November 2, 2023.

\+ = Coggins Rentals, LLC is a Limited Liability Company in good standing with the State of Arkansas and is owned by Dennis Coggins (51%) and Randy Coggins (49%).

TENANTS REQUESTED

Coggins, Dennis

| NAME: | ADDRESS: | DATES | LAST PHONE NUMBERS: |
|---|---|---|---|
| RICHARD BLAKE | 208 NE 2ND A HOXIE,AR | 8/24/21- 6/1/23 | 229 499 1147   at the manor, WR |
| LESHAY BRADLEY | 303 SE 3RD A HOXIE, AR | 1/1/20 - 9/1/20 | 870 809 0497  1603 S 2nd Ave #38, Paragould |
| DONNA BROWN | 407 NW EDGAR, HOXIE, AR | 3/18/21- 2/1/22 | 870 627 2223  8 Law Rd. 455, WR |
| SHERRY COLEMAN | 105 ROSEGARDEN ESTATE, HOXIE, AR | 1/1/20- 12/1/20 | 870 679 9156  808 NW 6th WR  870-340-D441 |
| **TIANNA DAVILA** | **103 ROSEGARDEN ESTATE, HOXIE, AR** | **5/1/23- 3/1/24** | **870 679 9445** |
| NOAH DOBBS | 2507 SE 2ND, HOXIE, AR | 1/1/20- 6/1/20 | 870 679 0149  2103 Lakeshore Dr. Hot Spgs Nat Pk |
| **STACY ESTES** | **108 ROSEGARDEN, HOXIE, AR** | **7/1/22- 3/1/24** | **870 809 4831** |
| **IRA GLASGOW** | **102 ROSEGARDEN, HOXIE, AR** | **11/13/23- 3/1/24** | **870 351 5624** |
| RICHARD GOODWIN | 407 EDGAR A, HOXIE, AR | 1/1/20- 12/1/20 | 870 219 5757 |
| DEONNA HANSON | 2509 SE 2ND E, HOXIE, AR | 1/1/20- 6/1/20 | 870 202 8075  4D21 Hwy 1616 S, Pokey |
| AMANDA HANSON | 2509 SE 2ND D, HOXIE, AR | 1/1/22- 2/21/24 | 870 809 2349 |
| **AMANDA HIBBARD** | **109 ROSEGARDEN, HOXIE, AR** | **1/1/20- 3/1/24** | **870 809 9310** |
| LESLIE JOHNSON | 103 ROSEGARDEN ESTATE, HOXIE, AR | 1/1/20- 12/1/20 | 870 637 4853  804 S Weible St, Pokey |
| RICKY JOHNSON | 208 NE 2ND A, HOXIE, AR | 1/1/20- 7/1/221 | 870 938 1181  854 Nichols Rd, Springdale, AR |
| **JESSICA LANGSTON** | **407 EDGAR A, HOXIE, AR** | **9/1/21- 3/1/24** | **870 637 2878** |
| **JODI MCFADDEN** | **208 NE 2ND C, HOXIE, AR** | **6/1/23- 3/1/24** | **870 202 0346** |
| TOMMY MOORE | 706 HORSESHOE, HOXIE, AR | 1/14/20- 1/1/24 | 870 759 8835  210 SE Battle St, Hoxie |
| DESTINY ODEN | 208 NE 2ND B, HOXIE, AR | 1/1/21- 2/1/23 | 870 335 4254  900 Davis St. Corning, AR |
| LINDA PARKER | 208 NE 2ND C, HOXIE, AR | 1/1/20- 8/1/21 | 870 809 4129  P.O.Box 2, Hoxie |
| PATSY RANEY | 303 SE GIBSON, HOXIE,AR | 1/1/20- 6/1/20 | 870 809 0738  526 W, Fontaine, WR |
| LARRY ROBINS | 305 SE GIBSON, HOXIE, AR | 1/1/20- 6/1/20 | 870 759 1058  Shows current/ 407 NW Gibson |
| NORMA ROUSE | 407 NW EDGAR A, HOXIE, AR | 1/1/21- 8-1-21 | deceased    d/o/d = 8/11/2023    WR |
| JAZMIN SANITAGO | 99 ROSEGARDEN ESTATE, HOXIE, AR | 1/1/20- 3/1/21 | 870 809 4117   3619 SE Front #1 Hoxie, AR |
| ELIZABETH SEE | 303 SE 3RD, HOXIE, AR | 1/1/20- 8/1/21 | 870 810 2306  c/o Harold See, 1 Thoreau #104, Pokey |
| STEPHEN TWILLA | 2509 SE 2ND D, HOXIE, AR | 1/1/20- 6/1/20 | 870 321 9500  360 N 6th, Black Rock, AR |
| **SALLY WILLFOND** | **407 EDGAR D, HOXIE, AR** | **1/1/20- 3/1/24** | **870 759 1200** |
| ANGEL WILSON | 208 NE 2ND B, HOXIE, AR | 3/1/23- 2/1/24 | 870 809 4088 |

A
"current" address