### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**JESSICA LANGSTON**                                                                          **PLAINTIFF**

**v.**                                          **Case No. 3:24-cv-00006-LPR**

**COGGINS RENTAL LLC &**
**DENNIS COGGINS**                                                                      **DEFENDANTS**

### JUDGMENT

Consistent with the Verdict Form returned by the jury yesterday, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Jessica Langston and against Dennis Coggins and Coggins Rental LLC on the hostile environment sexual harassment claims under the federal Fair Housing Act.  As to these claims, judgment is entered as follows.  Dennis Coggins and Coggins Rental LLC are jointly and severally liable to Jessica Langston for $100,000. In addition to this $100,000, Dennis Coggins (but not Coggins Rental LLC) is liable to Jessica Langston for another $200,000.  Post-judgment interest applies as set out in 28 U.S.C. § 1961.  As to all other claims in this case, judgment is entered in favor of Dennis Coggins and Coggins Rental LLC.

IT IS SO ADJUDGED this 17th day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE